UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON,<br><br>                           Plaintiff,<br><br>vs.<br><br>PALM CANYON DEVELOPMENT, et al.,<br><br>                           Defendants. | Case No. 2:13-cv-00423-GMN-NJK<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #30) |

      This matter is before the court on the Motion to Withdraw as Counsel of Record for Defendant Palm Canyon Development, Inc. (Dkt. #30) filed August 7, 2013. Rainey Devine, Attorneys at Law, seek to withdraw as counsel of record for Palm Canyon Development, Inc.  The Motion represents that the Defendant Palm Canyon Development Inc., discharged Rainey Devine on August 7, 2013. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint was filed on March 13, 2013; Palm Canyon Development, Inc. filed its Answer with Cross Claims on June 18, 2013; the Court entered the Discovery Plan and Scheduling Order on July 23, 2013.

      Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record for Defendants (Dkt. #30) is GRANTED.

2. A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, Palm Canyon Development, Inc., shall have until **September 9, 2013** to retain new counsel, who shall file a notice of appearance in

accordance with the Local Rules of Practice.

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Palm Canyon Development, Inc. at:

Palm Canyon Development, Inc.
10300 W. Charleston Blvd., No. 13-170
Las Vegas, NV 89135

Dated: August 8, 2013

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE