UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>            Plaintiff(s),<br><br>v.<br><br>PALM CANYON DEVELOPMENT, INC., et al.,<br><br>            Defendant(s). | 2:13-CV-423 JCM (PAL) |

**ORDER**

Presently before the court is the matter of *Certain Underwriters at Lloyds, London, v. Palm Canyon Development, Inc., et al.*, case no. 2:13-cv-423-JCM-PAL.

Certain Underwriters has filed the instant motion to amend the complaint. (Doc. # 53). Plaintiff seeks to add David and Jennifer Ober as defendants individually and as trustees for the D&J Family Trust. Plaintiff represents that it has consulted with counsel for the defendants and that this motion is unopposed.

Upon review of the motion and in consideration of the non-opposition, the court finds good cause exists to grant the motion.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's unopposed motion to amend (doc. # 53) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall file the proposed amended complaint attached as exhibit B to doc. # 53 no later than ten (10) days from the issuance of this order.

DATED February 11, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -