# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>             Plaintiff(s),<br><br>v.<br><br>PALM CANYON DEVELOPMENT, INC., et al.,<br><br>             Defendant(s). | 2:13-CV-423 JCM (PAL) |

## ORDER

Presently before the court is the matter of *Certain Underwriters at Lloyds, London v. Palm Canyon Development, Inc., et al.*, case no. 2:13-cv-423-JCM-PAL.

Defendant D&J Family Trust has filed a motion to dismiss (doc. # 40) that is currently pending. Before the court had an opportunity to review and issue a ruling on that motion, plaintiff filed an unopposed motion to amend the complaint. (Doc. # 53). The court has granted that motion (doc. # 54) and plaintiff has filed the amended complaint (doc. # 55).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013). Defendant D&J Family Trust's motion to dismiss is therefore denied without prejudice. Defendant may review the amended complaint, make changes

**James C. Mahan**
**U.S. District Judge**

1 to its motion as it sees fit, and re-file if it so desires.

2     Accordingly,

3     IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to
4 dismiss (doc. # 40) be, and the same hereby is, DENIED without prejudice.

5     DATED February 28, 2014.

                                                                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -